**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Francisco M. Marcenaro              Case No. 09-22259-AJC
                                            Chapter 13
_____Debtor_____/

SEP 2 5 2015

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, <u>American Property Locators, Inc.</u> , applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $<u> 3,815.81 </u>, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. § 2041 as unclaimed funds held in the name of <u> First Franklin Financial Corporation</u>. Applicant further states that:

1.    (Indicate one of the following items:)

___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

___ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

___ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under

LF-27 (rev. 12/01/2009)              Page 1 of 3

whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

__X__ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

___ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

___ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. § 2042.

Dated: 9/23/15

First Franklin Financial Corporation
Name Under Which Funds Were Deposited

_____2_____
Claim Number

First Franklin Financial Corporation
Name of Party On Whose Behalf
Application Was Filed*

Address: AP Recovery Solutions, Bank of America, 125 Dupont Drive/RI1 121 01 30

Providence, RI  02907

Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# _____

Tax ID (EIN #) 73-1425193

Greg Griffith, Locator
Print Name and Title of Applicant

American Property Locators, Inc.
Print Company Name

3855 S Boulevard, Suite 200
Print Street Address

Edmond, OK  73013
Print City and State

(405) 340-4900
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me
on Sept 23, 2015

NOTARY PUBLIC, AT LARGE
STATE OF OKLAHOMA

[Notary seal: KATRINA J. CUTTER, NOTARY, #03004752, EXP. 04/27/19, STATE OF OKLAHOMA, PUBLIC]

LF-27 (rev. 12/01/2009)        Page 3 of 3

## LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I,

**Lady-Zoe G. Horace, AVP; Recovery Officer of First Franklin Financial Corporation ("First Franklin")**, acting on behalf of First Franklin hereby appoint **Greg Griffith of American Property Locators, Inc.**, in the person of one of its principal officers, as First Franklin's lawful attorney-in-fact to seek recovery of the undistributed, unclaimed, or undelivered tenders of funds of:

**First Franklin Financial Corporation in the amount of $3,815.81**

held by the United States, by a state, or by an agency or instrumentality of either, hereby revoking all previous powers of attorney in this regard to whomever granted.

First Franklin further grants the attorney authority to do whatever is necessary and proper to recover the aforementioned unclaimed funds only, as fully as it might or could do if acting through its own officers or agents, hereby confirming all that the attorney shall lawfully do or cause to be done (including the endorsement of any instrument of payment on behalf of First Franklin). Nevertheless, the attorney shall have no authority to incur any financial obligation or to make any expenditure on behalf of First Franklin, other than an expenditure payable from any sums recovered by virtue of the attorney's actions.

In construing this instrument where the context so requires, the singular includes the plural. This Power of Attorney shall expire 180 days from the date hereof or upon collection of the aforementioned unclaimed funds, if earlier, unless otherwise extended by an amendment which is attached hereto. First Franklin authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

Signed this 22nd day of Sept, 2015.

**First Franklin Financial Corporation**

_____
**Lady-Zoe G. Horace**
AVP; Recovery Officer

Federal Taxpayer ID 51-0528989

State of Rhode Island   County of Providence   Date: Sept 22, 2015.

The above-named Lady-Zoe G. Horace, known to me to be the individual described in [and holding the position designated in] the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

Before me: _Gale B Martin_
Notary Public

(Notary Seal)

My commission expires: 5-21-19

GALE B. MARTIN
NOTARY PUBLIC
STATE OF RHODE ISLAND
MY COMMISSION EXPIRES MAY 21, 2019

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Francisco M. Marcenaro        Case No.  09-22259-AJC
_____Debtor\_\_\_\_\_/        Chapter 13

**AFFIDAVIT OF CLAIMANT**

I, Lady-Zoe G. Horace, am (indicate status of claimant)

( ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to _____, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

( ) the duly authorized representative for the claimant "business" _____; or

( ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

( ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

( x ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to American Property Locators, Inc. a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $3,815.81 deposited in this court in the name of First Franklin Financial Corporation and representing claim number  2   (if no claim was filed write "scheduled" in blank space).

2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

LF-28 (rev. 12/01/2009)                Page 1 of 2

3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 9-22-15

_____
signature of claimant or representative of "business" claimant

Lady-Zoe G. Horace
print name

AVP; Recovery Officer
title

51-0528989
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

AP Recovery Solutions, Bank of America, 125 Dupont Drive/RI1 121 01 30, Providence RI 02907
address

401-865-7125
Phone number

N/A
signature of joint debtor (if applicable)

N/A
print name

N/A
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

Sworn to and Subscribed before me
on 9-22-15.

_Gale B Martin_
NOTARY PUBLIC, AT LARGE

STATE OF ___Rhode Island___

```
GALE B. MARTIN
NOTARY PUBLIC
STATE OF RHODE ISLAND
MY COMMISSION EXPIRES MAY 21, 2019
```

## ASSISTANT SECRETARY'S CERTIFICATE OF
## BANK OF AMERICA CORPORATION

The undersigned, Christine Costamagna, an Assistant Secretary of Bank of America Corporation ("BAC"), a corporation formed and existing under and by virtue of the laws of the State of Delaware, does hereby certify that:

First Franklin Financial Corporation, a Delaware corporation, is an indirect subsidiary of BAC.

IN WITNESS WHEREOF, I have hereto set my hand on this 16th day of March, 2015.

_____
Christine Costamagna
Assistant Secretary

10-K 1 bac-12312013x10k.htm 10-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 10-K

(Mark One)

[✓] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the fiscal year ended December 31, 2013

or

[ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the transition period from    to

Commission file number:
1-6523

Exact name of registrant as specified in its charter:

# Bank of America Corporation

State or other jurisdiction of incorporation or organization:
Delaware
IRS Employer Identification No.:
56-0906609
Address of principal executive offices:
Bank of America Corporate Center
100 N. Tryon Street
Charlotte, North Carolina 28255
Registrant's telephone number, including area code:
(704) 386-5681
Securities registered pursuant to section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, par value $0.01 per share | New York Stock Exchange |
| | London Stock Exchange |
| | Tokyo Stock Exchange |
| Warrants to purchase Common Stock (expiring October 28, 2018) | New York Stock Exchange |
| Warrants to purchase Common Stock (expiring January 16, 2019) | New York Stock Exchange |
| Depositary Shares, each representing a 1/1,000th interest in a share of 6.204% Non-Cumulative Preferred Stock, Series D | New York Stock Exchange |
| Depositary Shares, each representing a 1/1,000th interest in a share of Floating Rate Non-Cumulative Preferred Stock, Series E | New York Stock Exchange |
| Depositary Shares, each representing a 1/1,000th interest in a share of 6.625% Non-Cumulative Preferred Stock, Series I | New York Stock Exchange |
| 7.25% Non-Cumulative Perpetual Convertible Preferred Stock, Series L | New York Stock Exchange |
| Depositary Shares, each representing a 1/1,200th interest in a share of Bank of America Corporation Floating Rate Non-Cumulative Preferred Stock, Series 1 | New York Stock Exchange |

| Name | Location | Jurisdiction |
|---|---|---|
| FIA (Gibraltar) Holdings Limited | Gibraltar, Gibraltar | Gibraltar |
| FIA (Gibraltar) SLP Holdings Limited | Gibraltar, Gibraltar | Gibraltar |
| FIA Holdings, LP | Edinburgh, Scotland | Scotland |
| FIA Holdings S.a.r.l. | Luxembourg, Luxembourg | Luxembourg |
| FIA Jersey Holdings Limited | Chester, United Kingdom | Jersey |
| FIA Swiss Funding Limited | Luxembourg, Luxembourg | England & Wales |
| FIA UK Funding Limited | Chester, United Kingdom | England & Wales |
| Fiduciary Services Ltd. | George Town, Grand Cayman, Cayman Is. | Cayman Islands |
| Fiduciary Services (UK) Limited | London, U.K. | England |
| Financial Data Services, Inc. | Jacksonville, FL | Florida |
| First Bank of Pinellas County Land Corporation | Tampa, FL | Florida |
| First Capital Corporation of Boston | Boston, MA | Massachusetts |
| First Franklin Financial Corporation | San Jose, CA | Delaware |
| First Permanent Financial Services Pty Ltd | Sydney, Australia | Australia |
| First Permanent Securities Limited | Sydney, Australia | Australia |
| Firstval Properties, Inc. | Bethlehem, PA | Pennsylvania |
| Five Dollars a Day, LLC | San Francisco, CA | Delaware |
| Fleet Capital Trust V | Boston, MA | Delaware |
| Fleet Development Ventures L.L.C. | Boston, MA | Massachusetts |
| Fleet Fund Investors, LLC | Providence, RI | Delaware |
| Fleet Growth Resources III, Inc. | Charlotte, NC | Rhode Island |
| Fleet Growth Resources IV, Inc. | Charlotte, NC | Rhode Island |
| Fleet Growth Resources, Inc. | Charlotte, NC | Delaware |
| Fleet International Advisors S.A. | Montevideo, Uruguay | Uruguay |
| Fleet Venture Resources, Inc. | Charlotte, NC | Rhode Island |
| FM Sponsor I, LLC | New York, NY | Maryland |
| Fondo Espanol de Recuperaciones B.V. | Amsterdam, The Netherlands | Netherlands |
| Fondo Espanol de Recuperaciones II B.V. | Amsterdam, The Netherlands | Netherlands |
| Framework, Inc. | Washington, DC | Delaware |
| FSC Corp. | Boston, MA | Massachusetts |
| Fugu Credit Limited | London, U.K. | United Kingdom |
| Fund Five Financial, Inc. | San Francisco, CA | California |
| Fundamental Partners Municipal Trust | New York, NY | Delaware |
| Fundo de Investimento em Direito Creditorio Nao Padronizado Tratex Precatorios II | Sao Paulo, Brazil | Brazil |
| Fundo de Investimento em Direitos Creditorios Nao Padronizados Tratex Precatorio III | Sao Paulo, Brazil | Brazil |
| Fundo de Investimento em Direito Creditorio PCG Brasil Multi Carteira | Sao Paulo, Brazil | Brazil |
| Fundo de Investimento Financeiro Multimercado Diamond | Sao Paulo, Brazil | Brazil |
| Fundo de Investimento Financeiro Multimercado Iceberg | Sao Paulo, Brazil | Brazil |
| Fundo de Investimento Financeiro Multimercado Verona | Sao Paulo, Brazil | Brazil |
| Fundo de Investimento Multimercado Agata - Credito Privado - Investimentos no Exterior | Sao Paulo, Brazil | Brazil |
| Galway Holdings Trust | Dublin, Ireland | Ireland |
| Garden Property LLC | Pennington, NJ | Delaware |
| Gatwick LLC | Charlotte, NC | Delaware |
| GEM 21 s.r.l. | Milan, Italy | Italy |
| General Fidelity Life Insurance Company | Columbia, SC | South Carolina |
| General Pacific Holdings, LLC | New York, NY | Delaware |
| GK Nagareyama | Tokyo, Japan | Japan |
| Gleneagles Trading LLC | Charlotte, NC | Delaware |
| Glenwood Investments Limited | George Town, Grand Cayman, Cayman Is. | Cayman Islands |
| Global Banking and Financial Services Trust | New York, NY | Delaware |
| Global Macro Opportunities LLC | New York, NY | Delaware |
| Global Macro Opportunities Ltd. | New York, NY | Cayman Islands |
| Global Principal Finance Company, LLC | New York, NY | Delaware |
| Global Structured Finance & Investments LLC | New York, NY | Delaware |
| GlobaLoans International Technology Limited Partnership | Dartford, United Kingdom | England |
| GlobaLoans JV Limited Partnership | Dartford, United Kingdom | England |
| GMI Strategic Investments, LLC | New York, NY | Delaware |
| Gold Magnet (BVI) Limited | Tortola, British Virgin Islands | Virgin Islands |
| Goldbourne Park Limited | Charlotte, NC | Jersey |
| Golden Peak Investments LLC | Charlotte, NC | Delaware |

# Certificate of Authority to Act for
# First Franklin Financial

I, the undersigned, _Shannon C. Smith_, as _AVP; Vendor Manager I_ of First Franklin Financial, do hereby certify that **Lady-Zoe G. Horace's** authority to act on behalf of First Franklin Financial, includes, without limitation, the recovery of unclaimed funds arising from bankruptcy matters.

IN WITNESS HEREOF, I have hereunto signed my name this _6th_ day of _April_, 201_5_.

First Franklin Financial

_Shannon C. Smith_

Corporate seal

If corporate Seal is unavailable sign affidavit below:

BE IT ACKNOWLEDGED,
That the undersigned hereby says under oath that the corporate seal for this corporation is unavailable

By: _Shannon C. Smith_
    AVP; Vendor Manager I

Notary Statement

ACKNOWLEDGMENT

STATE OF Rhode Island)

COUNTY OF Providence)

Before me, the undersigned a Notary Public, in and for said County and State on this _6_ day of _April_, 201_5_ personally appeared _Shannon C. Smith_ to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its _vendor manager_ and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:

_2/25/18_

Notary

_Sharon L Randall_

SHARON L. RANDALL
NOTARY PUBLIC
STATE OF RHODE ISLAND
MY COMMISSION EXPIRES FEB. 25, 2018

AO 213
(Rev. 08/13)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
Accounting and Financial Systems Division

**VENDOR INFORMATION/TIN CERTIFICATION**
Mandatory Information that MUST be provided before submission

☐ Ex-AO Employee
☐ SAM Vendor
   *(Formerly CCR)*
*(No TIN Certification Required)*

### Vendor Address
Select all that apply ☐ Order ☐ Remit ☑ 1099

Name: First Franklin Financial
Business Name: *(if different from above)*
Address 1: 125 Dupont Drive / RI1 121 01 30
Address 2:
City: Providence
State: RI    Zip Code: 02907
Phone #: (401) 865-7125    E-mail: lady-zoe.g.horace@bankofamerica.com
Taxpayer Identification #: 51-0528989
*(TIN, SS, or EIN number)*
DUNS #

### Other Address *(If different from Vendor Address)*
Select all that apply ☐ Order ☐ Remit ☐ 1099

Address: C/O APL, Inc., 3855 South Boulevard, Suite 200
City: Edmond
State: OK    Zip Code: 73013
Phone #: (405) 340-4900
Description: *(If needed)*

### Financial Information *(If Requested)*

Bank Name: Financial information is not required at this time.
City:
State:    Zip Code:

Routing # *(this nine digit number appears on your checks, but do not include individual check numbers):*
Account #:
Type of Account: *(select one)* ☐ Checking ☐ Savings

Type of Organization for 1099 reporting:

☐ sole proprietorship;
☑ corporate entity *(not tax-exempt)*;
☐ health care provider;
☐ government entity *(write in either federal, state or local)*

☐ partnership;
☐ corporate entity *(tax-exempt)*;
☐ other: _____

**Taxpayer Identification Number Certification**

Under penalties of perjury, I certify that:

1. The Taxpayer Identification Number listed in the Vendor Address area above is the correct number assigned to me, and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to the backup withholding, and
3. I am a U.S. citizen or other U.S. person *(defined below)*.

☐ You must select this check box if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. If you make a false statement with no reasonable basis that results in no backup withholdings, you are subject to a $500 penalty. Willfully falsifying certifications or affirmations on this form may subject you to criminal penalties including fines and/or imprisonment.

Page 1 of 2

AO 213
(Rev. 08/13)

**Definitions:**

"Taxpayer Identification *(TIN, SS, or EIN number)*" is the number required by the Internal Revenue Service (IRS) to be used in reporting income tax and other returns. The TIN may be either a social security number (SSN) or an employer identification number (EIN).

"U.S. person" means:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States.

The TIN, as well as the information above is required in order to comply with debt collection requirements of 31 U.S.C. §§ 7701(c) and 3325(d), reporting requirements of 26 U.S.C. §§ 6041 and 6041A, and implementing regulations issued by the IRS. Failure or refusal to furnish this information may result in 28 percent backup withholding on any payments otherwise due under any awarded contract or purchase order.

The TIN may be used by the government to collect and report on any delinquent amounts arising out of the vendor's relationship with the government (31 U.S.C. § 7701(c)(3)). The TIN provided may be matched with IRS records to verify its accuracy.

Complete this section only if a TIN was not provided on page one, and select closest reason why not:

- ☐ The vendor is a nonresident alien, foreign corporation or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;
- ☐ The vendor is an agency or instrumentality of a foreign government;

**Additional information required for vendors used for procurement**
*(purchase orders, contracts, etc.)*

Indicate which, if any, of the following categories are applicable. These categories require that the vendor is 51% owned and the management and daily operations are controlled by one or more members of the selected socio-economic group:

- ☐ Women Owned Business                                       ☐ Not Applicable
- ☐ Minority Owned Business *(If yes, select one of the owner's race/ethnicity selections from below)*:
  - ☐ Asian-Pacific American    ☐ Black American    ☐ Subcontinent Asian (Asian-Indian)American
  - ☐ Hispanic American          ☐ Native American   ☐ Other: _____

Date: 4-6-15                                              Vendor's signature

---

**For Agency Use Only**
The vendor name and DUNS number is all that is required for registered System for Award Management (SAM) vendors (formerly CCR). (Check www.sam.gov for registration status.) Do not use this form for purchase card merchants.

Mark Boxes that apply:    ☐ Addition    ☐ Change    ☐ Vendor Code: _____ *(make entry only if change)*
                          ☐ Active      ☐ Inactive  ☐ Vendor Type: _____

| The following information is optional for individuals whose name and telephone are already on the form: |
|---|
| Contact Name: |
| Telephone Number:                                          Email: |

| Identification of person making this request: |
|---|
| Name: |
| Telephone Number:                          Originating Office: |

Please type or print clearly.    For "AO" FAS4T Users only, e-mail the completed form to: AOdb OFB Client Service Desk/DCA/AO/USCOURTS. For questions regarding AOFAS4T the Client Service Desk can be contacted at (202) 502-2242.
For "Court" FAS4T Users, send this form to the local Vendor Administrator. For questions regarding Court FAS4T please contact SDSD at (210) 301-6320.

This form should be completed with signature by the vendor and submitted by Judiciary staff only.
Sensitive information must be securely maintained and only visible to the appropriately designated financial employee.

Page 2 of 2

| Form **W-9** (Rev. August 2013)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | Give Form to the requester. Do not send to the IRS. |
|---|---|---|

Name (as shown on your income tax return)
**First Franklin Financial**

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
- [ ] Individual/sole proprietor
- [ ] C Corporation
- [ ] S Corporation
- [ ] Partnership
- [ ] Trust/estate
- [ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____
- [ ] Other (see instructions) ▶

Exemptions (see instructions):
Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____

Address (number, street, and apt. or suite no.)
**125 Dupont Drive / RI1 21 01 30**

City, state, and ZIP code
**Providence, RI 02907**

Requester's name and address (optional)

List account number(s) here (optional)

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number: ___ - ___ - ____

Employer identification number: **51-0528989**

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below), and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**  Signature of U.S. person ▶ *[signature]*   Date ▶ **4-6-15**

### General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at www.irs.gov/w9. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X    Form **W-9** (Rev. 8-2013)